STATE OF CONNECTICUT *v.* SCOTT HERMANN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 56 (AC 12328), is denied.

*Lawrence S. Dressler,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided September 13, 1995

STATE OF CONNECTICUT *v.* SCOTT LARKIN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 125 (AC 12709), is denied.

*Anne Pappas Phillips,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 13, 1995

FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER OF NEW CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* JOSEPH G. VOLL ET AL.

The defendant Zoltan Guttman's petition for certification for appeal from the Appellate Court, 38 Conn. App. 198 (AC 13863), is denied.

BERDON, J., dissenting. I would grant the petition for certification for review filed by the defendant Zoltan Guttman.

*Leo Gold,* in support of the petition.

*Thomas R. Legenhausen,* in opposition.

Decided September 13, 1995